UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL LEE WILDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY of NORTH AMERICA,<br><br>　　　　Defendant. | NO. 2:25-cv-01151-JHC<br><br>ORDER |

Before the Court is the motion at Dkt. # 15.  The Court GRANTS the motion.

Plaintiff has reported completion of a settlement with terminated defendants Providence Health & Services and Providence St. Joseph Health.  These parties and the claims against them stated in Plaintiff's Complaint are therefore dismissed with prejudice, each party to bear their own costs and attorney's fees.

ORDERED this 12th day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_John H. Chun_
　　　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge