UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL LEE WILDER,<br><br>                       Plaintiff,<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; PROVIDENCE HEALTH & SERVICES; AND PROVIDENCE ST. JOSEPH HEALTH,<br><br>                       Defendants. | Case No. 2:25-cv-01151-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE ADMINISTRATIVE RECORD**<br><br>Noted for Consideration: January 12, 2026 |

This matter having come before the Court on the Parties' Stipulated Motion to Extend Deadline to File the Administrative Record from January 12, 2026 by two weeks to January 26, 2026, Dkt. # 17, and the Court being fully-advised of the matter hereby GRANTS the Stipulated Motion. The deadline to file the Administrative Record is hereby extended by two weeks to January 26, 2026.

IT IS SO ORDERED.

DATED this 13th day of January, 2026.

                                        */s/ John H. Chun*
                                        John H. Chun
                                        United States District Judge